JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MORGAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>LOS ANGELES COUNTY JAIL, et al.,<br><br>        Defendants. | Case No.  CV 10-1281-DSF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 2/1/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE